JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pet Pro se
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: ___10·18·12___

_____
DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE HAMPTON, | ) Case No. EDCV 11-1785-VAP (JPR) |
|           Petitioner, | ) |
|        vs. | )    **J U D G M E N T** |
| TERRI GONZALEZ, Warden, | ) |
|          Respondent. | ) |
| | ) |

    Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 17, 2012

_Virginia A. Phillips_
_____
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY