JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~ALL COUNSEL~ Pet troner
~(OR PARTIES)~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: ___10·18·12___

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TYRONE HAMPTON,

               Petitioner,

       vs.

TERRI GONZALEZ, Warden,

              Respondent.

) Case No. EDCV 11-1785-VAP (JPR)
)
)
)      **J U D G M E N T**
)
)
)
)
)
)
)
)

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 17, 2012

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY